**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHRISTOPHER J. SYLVESTER and
MARY E. SYLVESTER,

      Plaintiffs,

v.                                          Case No.: 6:23-cv-690-WWB-EJK

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

      Defendant.

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation Dismissing Action With Prejudice (Doc. 21), filed January 11, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on January 22, 2024.

*/s/ Wendy W. Berger*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record